UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UPLIFTING ESSENTIALS LLC,

    Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A

    Defendant.

Case No. 2:26-CV-194-GSL-AZ

## **ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

THIS CAUSE, came before the Court on Plaintiff's Motion to Extend *Ex Parte* Temporary Restraining Order (the "Motion") pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure. Plaintiff has demonstrated good cause to grant the Motion because the online marketplaces (the "Marketplaces") have not yet fully complied with the terms of the previously issued TRO by removing the infringing listings, freezing the relevant financial accounts, and providing Plaintiff with Defendants' email addresses so that Plaintiff can provide them with process, the TRO, and notice of these proceedings. The Court understands that the Marketplaces are currently working on complying with the TRO, after which Plaintiff will notify all Defendants of the TRO and serve them with process.

1

The Court finds that Plaintiff has demonstrated good cause for an extension of the TRO for an additional fourteen (14) days to June 24, 2026.

SO ORDERED.

ENTERED: June 5, 2026

/s/ GRETCHEN S. LUND_____
Judge
United States District Court