**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

UPLIFTING ESSENTIALS, LLC,

               Plaintiff,

      v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

               Defendants.

Case No. 2:26-cv-194-GSL-AZ

Judge Gretchen S. Lund
Magistrate Judge Abizer Zanzi

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT**

Plaintiff Uplifting Essentials, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants: frayseeashop (272) and YYDSTUME (391) (collectively "Settling Defendants") with prejudice.

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

Dated: June 15, 2026

Respectfully submitted,

Counsel for Plaintiff Uplifting Essentials LLC,

By:  /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874