(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

Uplifting Essentials LLC

v.

Schedule A Defs.

Cause No. | 26-cv-194

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Heqingyu, ZunMeen and Jinyogoder (Amazon Stores)

Party(s) Represented

Prefix (check one) ☒ Mr.    ☐ Ms.    ☐ Mrs.

Last Name: **Liu**    First Name: **Jianyin**    Middle Name/Initial

Generation (Sr, Jr, etc):

Firm Name: The Law Offices of James Liu PLLC

Street Address: 9000 SW 157th St    Suite/Room No.:

City: Palmetto Bay    State: FL    Zip: 33157

Office Telephone No.: 786-701-8657    Fax No.:

E-Mail Address: jamesliulaw@gmail.com; Jianyin.cdc@gmail.com

## EDUCATION:

College: Florida A&M U    Degree: JD    Year Completed: 2017

Law School: FAMU School of Law    Year Graduated: 2017

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Florida | 2018 | Good standing | 1007675 |
| Washington | 2022 | Good standing | 59542 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| FLSD | 2020 | Good standing |
| FLMD | 2022 | Good standing |
| ILND | 2022 | Good standing |
| MIED | 2025 | Good standing |
| TXWD | 2026 | Good standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?    ☐ Yes (If yes, please attach an  explanation)    ☒ No

Applicant: I, [ Jianyin Liu ] , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: [ 06/18/2026 ]

刘健荫

_____
Signature of Applicant

Print Form

Considered and approved.

SO ORDERED.

Dated:   6/22/2026

s/Abizer Zanzi
Judge, U. S. District Court

Print Form

Revised 06/05/2013



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )                    In Re:  1007675
                                            Jianyin Liu
                                            Mr. Jianyin Liu
                                            9000 SW 157th St
                                            Palmetto Bay, FL 33157-1940

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 19, 2018**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  27th  day of **May, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-413742

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )
OF )

JIANYIN LIU )

TO PRACTICE IN THE COURTS OF THIS STATE )

_____ )

BAR NO. 59542

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**JIANYIN LIU**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on June 21, 2022, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 18th day of June, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court