**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

UPLIFTING ESSENTIALS, LLC,

        Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

        Defendants.

Case No. 2:26-cv-194-GSL-AZ

Judge Gretchen S. Lund
Magistrate Judge Abizer Zanzi

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Plaintiff Uplifting Essentials, LLC (hereinafter "Plaintiff"), by and through its undersigned counsel, respectfully moves for a one-week extension of time, through and including July 21, 2026, to file its Replies to Defendants' Oppositions [37], [38], [39], and [44]. In support of this Motion, Plaintiff states as follows:

1.      Plaintiff's Replies to Defendants' Oppositions [37], [38], [39], and [44] are currently due on July 14, 2026.

2.      Since Defendants filed their Oppositions, the parties have engaged in productive settlement discussions.

3.      Plaintiff and Defendants Deedlite US (#239) and Lonni Lock Store (#213) have signed settlement agreements and are in the process of completing the remaining settlement formalities.

4.      Plaintiff has reached agreements in principle with Defendants Heqingyu (#200) and Jinyogoder (#247). Settlement agreements have been circulated, and Plaintiff anticipates finalizing those settlements shortly.

1

5.      Plaintiff and Defendant ZunMeen (#226) continue to actively engage in settlement negotiations.

6.      In light of the parties' ongoing efforts to resolve these disputes without further motion practice, Plaintiff respectfully requests a one-week extension of the deadline to file its Replies. The requested extension will allow the parties additional time to finalize their settlements, which may eliminate the need for further briefing as to some or all of the Oppositions or otherwise narrow the issues before the Court.

7.      Counsel for Defendants has advised that Defendants do not oppose the requested extension.

8.      This Motion is made in good faith and not for purposes of delay. Granting the requested extension will conserve the resources of the Court and the parties by allowing the parties an opportunity to complete their settlement efforts and potentially avoid unnecessary briefing.


Dated: July 15, 2026                              Respectfully submitted,

                                                  /s/James E. Judge

                                                  Zareefa B. Flener (IL Bar No. 6281397)
                                                  James E. Judge (IL Bar No. 6243206)
                                                  Flener IP Law, LLC
                                                  77 W. Washington St., Suite 800
                                                  Chicago IL 60602
                                                  (312) 724-8874
                                                  jjudge@fleneriplaw.com