**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UPLIFTING ESSENTIALS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | Case No. 2:26-cv-194-GSL-AZ<br><br>Judge Gretchen S. Lund<br>Magistrate Judge Abizer Zanzi |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Uplifting Essentials, LLC (hereinafter "Plaintiff"), by and through its undersigned counsel, respectfully submits this Status Report and states as follows:

1.    Plaintiff has reached settlement agreements with Defendants Deedlite US (#239), Lonni Lock Store (#213), Heqingyu (#200), Jinyogoder (#247), and ZunMeen (#226).

2.    The settling Defendants are in the process of wiring the settlement payments. Upon receipt of those payments, Plaintiff will promptly file the notice of dismissal as to those Defendants.

3.    Because the settlements will resolve the disputes between Plaintiff and these Defendants, Plaintiff's replies to the oppositions to the Motion for Preliminary Injunction and its response to the Motion to Dismiss as to these Defendants are no longer necessary.

4.    Accordingly, Plaintiff respectfully notifies the Court that the pending briefing relating to these Defendants will become moot upon completion of the settlements and their dismissal from this action. Plaintiff will promptly notify the Court once the dismissals have been filed.

1

Dated: July 21, 2026

Respectfully submitted,

/s/James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

2