**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UPLIFTING ESSENTIALS, LLC,

               Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

               Defendants.

Case No. 2:26-cv-194-GSL-AZ

Judge Gretchen S. Lund
Magistrate Judge Abizer Zanzi

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT**

Plaintiff Uplifting Essentials, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants listed on Exhibit 1 (Collectively "Settling Defendants") with prejudice.

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: July 23, 2026

Respectfully submitted,

Counsel for Plaintiff Uplifting Essentials LLC,

By:  /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874

1

Exhibit 1

| Merchant Name | Defendant No. |
|---|---|
| doonbakar | 64 |
| nanjingyusirongshangmaoyouxiangongsi | 71 |
| Sweet burden | 77 |
| Infinite youth | 88 |
| Cunhua | 104 |
| Jie Sheng home life store | 111 |
| JUDUNA | 113 |
| Hei Jing | 120 |
| Seek wealth | 123 |
| C&D.OOTD | 125 |
| fly us | 135 |
| wishstream | 137 |
| Hknbj | 175 |
| iaredon | 181 |
| Winsyison | 195 |
| Heqingyu | 200 |
| ZSDONG | 202 |
| PATOPS | 203 |
| SunnyClear | 204 |
| Oufan Decoration | 208 |
| SUHUARO | 211 |
| Lonni Lock Store | 213 |
| Passingcloud | 221 |
| XylaMore | 229 |
| ofnature | 238 |
| Deedlite US | 239 |
| BAUFIX(Fast Delivery 7 - 15 Days) | 241 |
| Chauming | 242 |
| Jinyogoder | 247 |
| NOGCAW | 251 |
| Muqe | 259 |
| Come on girl | 322 |
| sdfghxcdf | 325 |
| fnfgdbfj | 331 |
| EEASDCSF | 342 |
| sdfeaws | 354 |