UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UPLIFTING ESSENTIALS, LLC,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",

Defendants.

Case No. 2:26-cv-194-GSL-AZ

______________________________/

**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

I, Wengui DING, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen and competent to make this declaration. I am an authorized representative of Defendant WG-satisfaction (Amazon Seller ID: A3L4F5KRZVEPJ7) and have personal knowledge of the facts stated herein.

2. WG-satisfaction is a Chinese business entity operating under the legal name shenzhenshizhideyimandianzikejiyouxiangongsi.

3. The business address publicly listed on WG-satisfaction's Amazon seller profile page is authentic and accurate:

民治街道民治社区
馨园一期 1栋 202
深圳市
龙华区
518131
CN

(English translation: Room 202, Building 1, Xinyuan Phase I, Minzhi Community, Minzhi Subdistrict, Longhua District, Shenzhen, Guangdong 518131, China.)

4. A true and correct printout of the Amazon seller profile page for WG-satisfaction, showing the business name and address, is attached to the Motion to Dismiss as Exhibit A.

5. WG-satisfaction is located in the People's Republic of China, a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. Service of process on WG-satisfaction must therefore comply with the Hague Service Convention.

6. To the best of my knowledge, Plaintiff has not effected service of process on WG-satisfaction in accordance with the Hague Service Convention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Aug, 10, 2026, in Shenzhen, China.

Wengui DING
[Full Name]
Authorized Representative of WG-satisfaction
(Amazon Seller ID: A3L4F5KRZVEPJ7)