UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UPLIFTING ESSENTIALS,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Case No. 2:26-CV-194-GSL-AZ |

**ORDER**

This matter is before the Court on Defendants' WG-satisfaction (Amazon ID: A3L4F5KRZVEPJ7) and YM Beauty Store's (Seller ID: A3KE3MMKX9U3B8) (collectively referred to as "Defendants") Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim [DE 80] filed on August 8, 2026. Plaintiff, Uplifting Essentials, has not responded to the motion and the time do so has now passed.

Plaintiff initiated this lawsuit on April 30, 2026, against numerous business entities for alleged trademark infringement and false designation of origin under the Lanham Act, 15 U.S.C. § 1051, *et seq*. Defendants argue that they should be dismissed from this action pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Specifically, they argue that Plaintiff failed to properly serve them. Notwithstanding that, Defendants argue that the Complaint fails to state a

valid claim against them. As stated above, Plaintiff failed to respond to the instant motion and the time to do so has passed.[1] [2]

The Court, being duly advised, and in light of the lack of response by Uplifting Essentials, **GRANTS** the Motion [DE 80] and **DISMISSES** WG-satisfaction (Amazon ID: A3L4F5KRZVEPJ7) and YM Beauty Store (Seller ID: A3KE3MMKX9U3B8) from this lawsuit. *See* N.D. Ind. L. R. 7-1(d)(5) (warning that "the court may rule on a motion summarily if an opposing party does not file a response before the deadline"); *see also Bonte v. U.S. Bank*, N.A., 624 F.3d 461, 466 (7th Cir. 2010) (warning that "[f]ailure to respond … results in waiver"); *and LeSEA, Inc. v. LeSEA Broadcasting Corporation*, 379 F.Supp.3d 732, 739 (N.D. Ind. May 10, 2019) (internal citation omitted) (holding that "[f]ailure to respond to an argument made in a motion to dismiss results in waiver").

SO ORDERED.

ENTERED: September 15, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court

[1] N.D. Ind. L.R. 7-1(d)(2)(A) requires that a party must file a response brief to a motion under Fed. R. Civ. P. 12 within 21 days after the motion is served.

[2] Despite its failure to respond to the instant motion, Plaintiff has filed various other unrelated pleadings between August 8, 2026 and September 1, 2026, leading the Court to presume that it is aware of the instant motion. *See* [DE 83-86, 87].