**SCHEDULE A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Shenzhen Twosuccess Electronic Co., Ltd. (Plus) | anynow | https://anynow.en.alibaba.com |
| 6 | Shenzhen Gomore Ecommerce Co., Ltd. | gogomore | https://gogomore.en.alibaba.com |
| 8 | Shenzhen Baitejia Technology Co., Ltd. | jojokid | https://jojokid.en.alibaba.com |
| 12 | Shanxi Huayu Beauty Biotechnology Co., Ltd. | sxhymy | https://sxhymy.en.alibaba.com |
| 15 | ^_^ Enjoy ^_^ | 1100679646 | https://www.aliexpress.com/store/1100679646 |
| 16 | ^Max Queen^ | 1101198123 | https://www.aliexpress.com/store/1101198123 |
| 17 | WAN NIAN Store | 1101242173 | https://www.aliexpress.com/store/1101242173 |
| 18 | TaoTing Store | 1101243483 | https://www.aliexpress.com/store/1101243483 |
| 19 | Confident Women Store | 1101252157 | https://www.aliexpress.com/store/1101252157 |
| 20 | JCSYFAC Makeup Store | 1101271241 | https://www.aliexpress.com/store/1101271241 |
| 21 | KuZHEN Maku Up Store | 1101288859 | https://www.aliexpress.com/store/1101288859 |
| 22 | OMQAIO Official Store | 1101290987 | https://www.aliexpress.com/store/1101290987 |
| 23 | LEKGAVD Unique Store | 1101332139 | https://www.aliexpress.com/store/1101332139 |
| 24 | OMQAIO Unique Store | 1101333123 | https://www.aliexpress.com/store/1101333123 |
| 25 | Amy's cosmetic Store | 1101351449 | https://www.aliexpress.com/store/1101351449 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 26 | MERALL Global Massage Store | 1101365923 | https://www.aliexpress.com/store/1101365923 |
| 27 | little nothing Store | 1101370179 | https://www.aliexpress.com/store/1101370179 |
| 28 | Micracle Department Store | 1101399113 | https://www.aliexpress.com/store/1101399113 |
| 29 | For Your Home-Decoration Store | 1101401572 | https://www.aliexpress.com/store/1101401572 |
| 30 | LEKGAVD Store | 1101444651 | https://www.aliexpress.com/store/1101444651 |
| 31 | Wholesome-123 Store | 1101593799 | https://www.aliexpress.com/store/1101593799 |
| 32 | QUEEON Makeup Store | 1101755606 | https://www.aliexpress.com/store/1101755606 |
| 33 | STYLING-YOURSELF Store | 1101773816 | https://www.aliexpress.com/store/1101773816 |
| 34 | for#you Store | 1101775977 | https://www.aliexpress.com/store/1101775977 |
| 35 | LINGQUEEN Store | 1101781490 | https://www.aliexpress.com/store/1101781490 |
| 36 | XIANG YU Store | 1101805504 | https://www.aliexpress.com/store/1101805504 |
| 37 | Beautifully Designed Nail Art 888 Store | 1101807658 | https://www.aliexpress.com/store/1101807658 |
| 38 | Two Baby 909 Store | 1101809102 | https://www.aliexpress.com/store/1101809102 |
| 39 | Diary Sweetly Store | 1101811535 | https://www.aliexpress.com/store/1101811535 |
| 40 | wspljj Store | 1101812148 | https://www.aliexpress.com/store/1101812148 |
| 41 | Ningmeng Makeup Store | 1101822935 | https://www.aliexpress.com/store/1101822935 |
| 42 | luckylulu Store | 1101827557 | https://www.aliexpress.com/store/1101827557 |
| 43 | MEILIGO Store | 1101829338 | https://www.aliexpress.com/store/1101829338 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 44 | YEARS BACKSPACE Store | 1101872452 | https://www.aliexpress.com/store/1101872452 |
| 45 | Shop912562568 Store | 1101922736 | https://www.aliexpress.com/store/1101922736 |
| 46 | YOVIP Personal Care Store | 1102052376 | https://www.aliexpress.com/store/1102052376 |
| 47 | Shop1102412125 Store | 1102410131 | https://www.aliexpress.com/store/1102410131 |
| 48 | Byfa Official Store | 1102531019 | https://www.aliexpress.com/store/1102531019 |
| 49 | HNKMP Sunlight Official Store | 1102752987 | https://www.aliexpress.com/store/1102752987 |
| 50 | Beauty And Health 001 Store | 1102819589 | https://www.aliexpress.com/store/1102819589 |
| 51 | Shop1103135554 Store | 1103151081 | https://www.aliexpress.com/store/1103151081 |
| 52 | Shop1103333394 Store | 1103345054 | https://www.aliexpress.com/store/1103345054 |
| 53 | Funny Room Decor Store | 1103578258 | https://www.aliexpress.com/store/1103578258 |
| 54 | SISO Store | 1104064198 | https://www.aliexpress.com/store/1104064198 |
| 55 | Shop1104082495 Store | 1104083401 | https://www.aliexpress.com/store/1104083401 |
| 56 | Shop1104092150 Store | 1104095101 | https://www.aliexpress.com/store/1104095101 |
| 57 | Ali AMMOR BEAUTY Store | 1104673389 | https://www.aliexpress.com/store/1104673389 |
| 58 | Queen Beauty Makeup Store | 1104676385 | https://www.aliexpress.com/store/1104676385 |
| 59 | LOVELIFE-Grocery Store | 1104754494 | https://www.aliexpress.com/store/1104754494 |
| 60 | Shop1104860417 Store | 1104853419 | https://www.aliexpress.com/store/1104853419 |
| 61 | West Month Choice Best Store | 1104973470 | https://www.aliexpress.com/store/1104973470 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 62 | shixinGT | A1077E1M9M76N6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1077E1M9M76N6 |
| 63 | WANGJIL | A10C5Y66XHFO2C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A10C5Y66XHFO2C |
| 65 | YangWeiFeng2025 | A129GYRG172C4H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A129GYRG172C4H |
| 69 | jinlongkeji | A15NX73XY1HLQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15NX73XY1HLQ5 |
| 72 | yizhidinggou | A18O2LOGHRAUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18O2LOGHRAUZR |
| 73 | Frstem | A198190LITI7E5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A198190LITI7E5 |
| 74 | BianYingYing | A198RDCYQ9K9J1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A198RDCYQ9K9J1 |
| 75 | TingTing956 | A19O0QQFY6R66Q | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19O0QQFY6R66Q |
| 79 | Gpsuootd Store | A1ATKUK0CYZW6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ATKUK0CYZW6C |
| 80 | HugInAProduct | A1AZCN46UF6L1H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AZCN46UF6L1H |
| 81 | HuanRun E-commerce | A1CJUP6ACFR1G5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CJUP6ACFR1G5 |
| 83 | Bagel. | A1E9PNC5S7T7ZH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1E9PNC5S7T7ZH |
| 84 | Xiuumcakee | A1EYBG7DOE8NS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1EYBG7DOE8NS3 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 86 | Zerongsjwu | A1FIX9KY99N4OF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FIX9KY99N4OF |
| 89 | WLLEADG | A1J9MI2I7GBKD1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1J9MI2I7GBKD1 |
| 91 | LOUDONG | A1JC7BNF2UHEQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JC7BNF2UHEQV |
| 92 | deliqichedian | A1JS1KDT4BHHG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JS1KDT4BHHG5 |
| 94 | HUACY | A1MJV6OBPKY1C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1MJV6OBPKY1C9 |
| 98 | YAQIMIYA | A1OABI90XTH1H7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OABI90XTH1H7 |
| 99 | Hajoyful Vogue | A1OUDJO5EXSLW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1OUDJO5EXSLW0 |
| 100 | KORA-US | A1P43ZS89Q7CCA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1P43ZS89Q7CCA |
| 102 | 坚理涛百货 | A1QF0ARMSDD3H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QF0ARMSDD3HC |
| 103 | ZHANSGF | A1RJUSZ76C4S29 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RJUSZ76C4S29 |
| 105 | zhumadianqipushangmaoyouxiangongsi | A1RZSKIGXPV4K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RZSKIGXPV4K0 |
| 106 | jifajiancai | A1SN7ZDTUZOOZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SN7ZDTUZOOZ0 |
| 109 | shan meng | A1TUPQYXWWSE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TUPQYXWWSEH4 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 112 | dbiaz132 | A1VA464WSYGHE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VA464WSYGHB5 |
| 114 | FeiChengming Technology Co., LTD | A1W57F56G0X4ZK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1W57F56G0X4ZK |
| 115 | zhangcongdexiaodianpu | A1XP4QXD7A4PG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1XP4QXD7A4PGR |
| 116 | Yummst | A1Y69S8Q7ZD92D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1Y69S8Q7ZD92D |
| 117 | anzhuanzhuanggongchen14565641564 | A1ZBEW8SFE9075 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ZBEW8SFE9075 |
| 119 | Yixindianzi-US | A239IRFP6G7TM6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A239IRFP6G7TM6 |
| 121 | ruichengxianzerundijigongchengyouxiangongsi | A247CXHLFY9Y16 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A247CXHLFY9Y16 |
| 122 | The Miracles of the Namiya General Store | A24ATNAQ26LDT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24ATNAQ26LDT7 |
| 126 | EnchantedTreasures | A26E3090E8UL6V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26E3090E8UL6V |
| 127 | KunRouGongChengJiShuFuWu | A26UXHM0TE11FI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26UXHM0TE11FP |
| 128 | SYlibes Welcome to Store | A28IBZT5F53DII | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28IBZT5F53DII |
| 130 | OGoeesy | A28R07LG2K8VLB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28R07LG2K8VLB |
| 131 | VERT-US | A29F90BP90FUS1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29F90BP90FUS1 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 132 | HeeHom | A29L0K77Y3OJSV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29L0K77Y3OJSV |
| 133 | Topkech Beauty | A29NDC2IKB0XI3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29NDC2IKB0XI3 |
| 136 | OQXEJPHFN | A2AB2LR0LPNJWI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AB2LR0LPNJWD |
| 139 | Zhi Rui Ke Ji | A2CAE1KK140U8N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CAE1KK140U8M |
| 140 | SiQiYu-US | A2CMX14C6IA8Q1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CMX14C6IA8Q1 |
| 141 | YEHOOM STORE | A2DQD4JQXTYVV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2DQD4JQXTYVW8 |
| 144 | TANGDIAABBCC BEAUTY STORE | A2FWE26HLF9HN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FWE26HLF9HNV |
| 149 | xinzhoushixinfuqushengtaigongchengyouxiangongsi | A2J064XTOWMID | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J064XTOWMIDG |
| 152 | VC Oil | A2NDWAX5HIHIP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NDWAX5HIHIP4 |
| 153 | GKQQSM | A2NIX39ZW3XY7T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NIX39ZW3XY7T |
| 156 | 湖北丰航科技实业有限公司 | A2OMOJFYIBM2H | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2OMOJFYIBM2H3 |
| 160 | Galatea-ybh | A2PV861OHFUHD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PV861OHFUHDA |
| 161 | BUSINIAO | A2PYP1AVXUME | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PYP1AVXUMEAD |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 162 | er he shop | A2QKY1PSOKV29 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QKY1PSOKV290 |
| 163 | TUJIAqianqian | A2R4NO3L0T4MB1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2R4NO3L0T4MB1 |
| 166 | NECALON | A2T978VE3ZIFBF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2T978VE3ZIFBF |
| 167 | JYCNB | A2TKA82ATLL9QA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TKA82ATLL9QA |
| 170 | mingchenyueshangmao | A2X5JLLWPJO9R0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2X5JLLWPJO9R0 |
| 173 | hangzhouhuomishangmaoyouxiangongsi | A2Y42JD5UEQ526 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2Y42JD5UEQ526 |
| 177 | QICCJXYX | A32UT2DB2ZENEN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32UT2DB2ZENEN |
| 180 | RuShiShuo | A36NZPHGNPHGE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36NZPHGNPHGEB |
| 184 | JUZENG | A3CW8BPTFEKDF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CW8BPTFEKDFS |
| 186 | xianlongg | A3DU2PNS8SHG4I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3DU2PNS8SHG4I |
| 189 | XUFAN | A3GW1Y7KWLU8Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GW1Y7KWLU8ZX |
| 196 | DongRunShop | A3L0PBJ5XZKXJ8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3L0PBJ5XZKXJ8 |
| 199 | FENGLAIL | A3N6FWWHFAQE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3N6FWWHFAQE6G |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 201 | yuliangsm | A3NWREATUA7V5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3NWREATUA7V5U |
| 205 | GANGWENWANG-SYP | A3S5W51C9RDKH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3S5W51C9RDKHT |
| 206 | sweetyi | A3SLH1S1Q8NNW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SLH1S1Q8NNWG |
| 209 | hangzhouhaoanmaoyiyouxiangongsi | A3U3YAMW5ELKI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3U3YAMW5ELKPA |
| 212 | Moonlight-ybh | A3W13RGMPCSAI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3W13RGMPCSAI5 |
| 214 | Celestica Shop US | A4F5E7VBCAM80 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4F5E7VBCAM80 |
| 215 | Cougex Shop | A4VPF3MSV4IZI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4VPF3MSV4IZI |
| 216 | FSascend | A4Y18YQC6DPOD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4Y18YQC6DPOD |
| 217 | QISDID | A53OUYZ5XNX70 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A53OUYZ5XNX70 |
| 218 | ZHOUNAXIAODIAN | A5640ODR4AJ6N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A5640ODR4AJ6N |
| 219 | marily125 | A76RQRDKVTWTY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A76RQRDKVTWTY |
| 220 | chenyuanwu | A7MQU2DGENLQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7MQU2DGENLQH |
| 222 | HUAFA Instant Thigh Lift Tape Shop-US | A8OX7UZNZNHM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8OX7UZNZNHMI |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 227 | kaipocc | ACL5IUM2590X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACL5IUM2590X |
| 230 | GanZhouLianQinShangMaoYouXianGongSi | ADVOIS3NJX9RB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ADVOIS3NJX9RB |
| 231 | Universe566EUS | AEK6LV5EXSXWH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEK6LV5EXSXWH |
| 232 | Hycron | AFB7TVDJG5RDV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFB7TVDJG5RDV |
| 235 | yousss-meizhuang | AJ5M5EHXFI6UZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJ5M5EHXFI6UZ |
| 236 | shanximingchiqichezulinyouxiangongsi | AJEBKI26DZ4GG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJEBKI26DZ4GG |
| 237 | Fullila | AJSTNQVIWT3JI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJSTNQVIWT3JI |
| 243 | MINGshang | AMNO7SSIZMP75 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMNO7SSIZMP75 |
| 244 | lwq-us | ANJFZ99HW1CD5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANJFZ99HW1CD5 |
| 245 | kakahu | AO5CFMTE6HM5C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AO5CFMTE6HM5C |
| 246 | zhenjiangyinshanmuyefazhanyouxiangongsi | AO6NNCJ2D7ELF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AO6NNCJ2D7ELF |
| 248 | Sunnydeer | APMUJJLAD4U0D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APMUJJLAD4U0D |
| 249 | USA-WEISHENG | AQ7PECP7JAJSB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQ7PECP7JAJSB |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 250 | DiHuangXiaShop | AR2O5Y8LOUERA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AR2O5Y8LOUERA |
| 256 | DY-LLIAN | AZMNAAADYOTN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZMNAAADYOTN3 |
| 257 | 家嘉门监 | AZS3T006R3LM8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZS3T006R3LM8 |
| 260 | alibeautyteach | alibeautyteach | https://www.ebay.com/usr/alibeautyteach |
| 261 | baba-of-usa | babaofusa | https://www.ebay.com/usr/babaofusa |
| 262 | barf_22 | barf | https://www.ebay.com/usr/barf |
| 263 | basset2u_24 | basset2u24 | https://www.ebay.com/usr/basset2u24 |
| 264 | best2020666 | best2020666 | https://www.ebay.com/usr/best2020666 |
| 265 | bhfks89 | bhfks89 | https://www.ebay.com/usr/bhfks89 |
| 267 | dhusis4545 | dhusis4545 | https://www.ebay.com/usr/dhusis4545 |
| 268 | drop.shipper | drop.shipper | https://www.ebay.com/usr/drop.shipper |
| 269 | dropsh-98 | dropsh-98 | https://www.ebay.com/usr/dropsh-98 |
| 270 | factory_supplier | factory_supplier | https://www.ebay.com/usr/factory_supplier |
| 275 | godia6 | godia | https://www.ebay.com/usr/godia |
| 276 | happybuyworld | happybuyworld | https://www.ebay.com/usr/happybuyworld |
| 277 | hckily | hckily | https://www.ebay.com/usr/hckily |
| 278 | helloli | helloli | https://www.ebay.com/usr/helloli |
| 279 | hmzkfugn-4 | hmzkfugn4 | https://www.ebay.com/usr/hmzkfugn4 |
| 281 | jessie-9zn | jessie9zn | https://www.ebay.com/usr/jessie9zn |
| 282 | kerbie | kerbie | https://www.ebay.com/usr/kerbie |
| 283 | kevin-keppel | kevin8979 | https://www.ebay.com/usr/kevin8979 |
| 285 | lillteisland | lillteisland | https://www.ebay.com/usr/lillteisland |
| 288 | pipmneedles | pipmneedles | https://www.ebay.com/usr/pipmneedles |
| 291 | starwagonfrance | starwagonfrance | https://www.ebay.com/usr/starwagonfrance |
| 292 | store-9000 | store9000 | https://www.ebay.com/usr/store9000 |
| 293 | xxh203 | xxh203 | https://www.ebay.com/usr/xxh203 |
| 297 | Shenzhen Yongbosheng Electronic Technology | m-17284 | https://www.fruugo.us/shenzhen-yongbosheng-electronic-technology/m-17284 |
| 298 | Wuhanshifangtongdadianzishangwuyouxiangongsi | m-20506 | https://www.fruugo.us/wuhanshifangtongdadianzishangwuyouxiangongsi/m-20506 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 299 | Shenzhen Crestgolf Supplies | m-23985 | https://www.fruugo.us/shenzhen-crestgolf-supplies/m-23985 |
| 300 | JoyJoyCove | m-26591 | https://www.fruugo.us/joyjoycove/m-26591 |
| 302 | jdhgaoh | 1364602098 | https://us.shein.com/store/home?store_code=1364602098&tab=items |
| 303 | shoushoupai | 1717923036 | https://us.shein.com/store/home?store_code=1717923036&tab=items |
| 304 | FFlipped | 2097270277 | https://us.shein.com/store/home?store_code=2097270277&tab=items |
| 305 | htggr | 2505780158 | https://us.shein.com/store/home?store_code=2505780158&tab=items |
| 306 | jhgiu | 2769380657 | https://us.shein.com/store/home?store_code=2769380657&tab=items |
| 307 | HANDSOMEQ | 2820053479 | https://us.shein.com/store/home?store_code=2820053479&tab=items |
| 308 | KALEI DO | 2871230095 | https://us.shein.com/store/home?store_code=2871230095&tab=items |
| 309 | qwll | 2964977139 | https://us.shein.com/store/home?store_code=2964977139&tab=items |
| 310 | CONTINUEIOR | 3025911678 | https://us.shein.com/store/home?store_code=3025911678&tab=items |
| 311 | LuxeBloomShop | 3069243299 | https://us.shein.com/store/home?store_code=3069243299&tab=items |
| 312 | cndms | 3117490257 | https://us.shein.com/store/home?store_code=3117490257&tab=items |
| 313 | SYLVARIS | 3126089824 | https://us.shein.com/store/home?store_code=3126089824&tab=items |
| 314 | Nook Shop | 3260364353 | https://us.shein.com/store/home?store_code=3260364353&tab=items |
| 315 | CRYSTAL SHINE | 3306099809 | https://us.shein.com/store/home?store_code=3306099809&tab=items |
| 316 | mfggac | 3326464825 | https://us.shein.com/store/home?store_code=3326464825&tab=items |
| 317 | ASJLKFFS | 3390075028 | https://us.shein.com/store/home?store_code=3390075028&tab=items |
| 318 | Sunflower3 | 3454996386 | https://us.shein.com/store/home?store_code=3454996386&tab=items |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 320 | EASEZAP | 3546658821 | https://us.shein.com/store/home?store_code=3546658821&tab=items |
| 321 | Hedong Department Store | 3603800496 | https://us.shein.com/store/home?store_code=3603800496&tab=items |
| 323 | jdhfoiefi | 3962952609 | https://us.shein.com/store/home?store_code=3962952609&tab=items |
| 324 | SHUMON ANOWAR | 3980259173 | https://us.shein.com/store/home?store_code=3980259173&tab=items |
| 326 | RadiantYou1 | 4103590435 | https://us.shein.com/store/home?store_code=4103590435&tab=items |
| 327 | HANDMAIDEN LTX | 4281545118 | https://us.shein.com/store/home?store_code=4281545118&tab=items |
| 328 | Poesie blau | 4309785466 | https://us.shein.com/store/home?store_code=4309785466&tab=items |
| 329 | URZFER | 4338384226 | https://us.shein.com/store/home?store_code=4338384226&tab=items |
| 330 | SPEEDLINK | 4522518177 | https://us.shein.com/store/home?store_code=4522518177&tab=items |
| 333 | Si Ming | 4676113045 | https://us.shein.com/store/home?store_code=4676113045&tab=items |
| 334 | AmberRift3 | 4685863811 | https://us.shein.com/store/home?store_code=4685863811&tab=items |
| 335 | efakheie | 4699612918 | https://us.shein.com/store/home?store_code=4699612918&tab=items |
| 336 | sdfwsada | 4756320104 | https://us.shein.com/store/home?store_code=4756320104&tab=items |
| 337 | YFHGFG | 4977914413 | https://us.shein.com/store/home?store_code=4977914413&tab=items |
| 338 | DonYtew | 5063810491 | https://us.shein.com/store/home?store_code=5063810491&tab=items |
| 339 | uhgfdkio | 5083327587 | https://us.shein.com/store/home?store_code=5083327587&tab=items |
| 340 | JUTAIRE | 5111517193 | https://us.shein.com/store/home?store_code=5111517193&tab=items |
| 343 | PENOSURE | 6100733439 | https://us.shein.com/store/home?store_code=6100733439&tab=items |
| 344 | TrendyVibe | 6124370191 | https://us.shein.com/store/home?store_code=6124370191&tab=items |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 345 | sfghj | 6289932392 | https://us.shein.com/store/home?store_code=6289932392&tab=items |
| 346 | TRICESIM | 6482943900 | https://us.shein.com/store/home?store_code=6482943900&tab=items |
| 347 | jinliyu Marketplace | 6985367978 | https://us.shein.com/store/home?store_code=6985367978&tab=items |
| 348 | PONDWISE | 7150742620 | https://us.shein.com/store/home?store_code=7150742620&tab=items |
| 349 | jkahaja | 7175169188 | https://us.shein.com/store/home?store_code=7175169188&tab=items |
| 351 | WarmHearthGoods | 7480926605 | https://us.shein.com/store/home?store_code=7480926605&tab=items |
| 352 | dechen888888 | 7494955424 | https://us.shein.com/store/home?store_code=7494955424&tab=items |
| 353 | SKYCORE | 7610096270 | https://us.shein.com/store/home?store_code=7610096270&tab=items |
| 355 | sdasdj | 8276468333 | https://us.shein.com/store/home?store_code=8276468333&tab=items |
| 356 | kilh | 8379805212 | https://us.shein.com/store/home?store_code=8379805212&tab=items |
| 357 | A fire in winter665 | 8403203557 | https://us.shein.com/store/home?store_code=8403203557&tab=items |
| 360 | amococo-A | 8827525870 | https://us.shein.com/store/home?store_code=8827525870&tab=items |
| 361 | qzsav | 8862592251 | https://us.shein.com/store/home?store_code=8862592251&tab=items |
| 362 | gdksls | 9063303759 | https://us.shein.com/store/home?store_code=9063303759&tab=items |
| 363 | Only with department stores | 9189466085 | https://us.shein.com/store/home?store_code=9189466085&tab=items |
| 364 | ITITT | 9264306114 | https://us.shein.com/store/home?store_code=9264306114&tab=items |
| 366 | Star Cadet | 9452189883 | https://us.shein.com/store/home?store_code=9452189883&tab=items |
| 367 | ugtdos | 9507480065 | https://us.shein.com/store/home?store_code=9507480065&tab=items |
| 368 | ASHGFUT | 9569504122 | https://us.shein.com/store/home?store_code=9569504122&tab=items |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 369 | HaLa Home | 9811752986 | https://us.shein.com/store/home?store_code=9811752986&tab=items |
| 370 | miauyt | 9872748544 | https://us.shein.com/store/home?store_code=9872748544&tab=items |
| 371 | CALTIME | 9957096473 | https://us.shein.com/store/home?store_code=9957096473&tab=items |
| 372 | GRVDAE | 9976256361 | https://us.shein.com/store/home?store_code=9976256361&tab=items |
| 374 | BACOLOLO | bacololo.com | https://bacololo.com |
| 375 | BeRosely. | berosely.com | https://berosely.com |
| 376 | HeyNip | heynip.com | https://heynip.com |
| 377 | WONDERSTRIPES Cosmetics | wonderstripes.com.au | https://wonderstripes.com.au |
| 378 | Taotao digital electrical | 4514966680466 | https://www.temu.com/tt--m-4514966680466.html |
| 379 | SUNMTG | 634418213385069 | https://www.temu.com/tt--m-634418213385069.html |
| 380 | Bean bun trend | 634418214356922 | https://www.temu.com/tt--m-634418214356922.html |
| 384 | Fotune | 634418216017213 | https://www.temu.com/tt--m-634418216017213.html |
| 387 | A touch of blue | 634418216829912 | https://www.temu.com/tt--m-634418216829912.html |
| 390 | Ziad | 634418217338630 | https://www.temu.com/tt--m-634418217338630.html |
| 392 | Wanxu Outdoor Water Cup | 634418217922283 | https://www.temu.com/tt--m-634418217922283.html |
| 393 | Wanxu Trading Glasses | 634418217995092 | https://www.temu.com/tt--m-634418217995092.html |
| 394 | JAYAs | 634418218123643 | https://www.temu.com/tt--m-634418218123643.html |
| 395 | FORYOYO | 634418218288202 | https://www.temu.com/tt--m-634418218288202.html |
| 396 | Ren Yongs household daily necessities | 634418218621133 | https://www.temu.com/tt--m-634418218621133.html |
| 397 | Life Hall Beautiful | 634418218774343 | https://www.temu.com/tt--m-634418218774343.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 402 | Renqiang Department | 634418222732402 | https://www.temu.com/tt--m-634418222732402.html |
| 405 | POKSKA | 634418224042911 | https://www.temu.com/tt--m-634418224042911.html |
| 407 | Beautylived | 634418224179051 | https://www.temu.com/tt--m-634418224179051.html |
| 408 | Goodluckdidi | 634418224306904 | https://www.temu.com/tt--m-634418224306904.html |
| 410 | changchengtclwc | 634418225251953 | https://www.temu.com/tt--m-634418225251953.html |
| 411 | changshengstyj | 634418225261750 | https://www.temu.com/tt--m-634418225261750.html |
| 412 | Choose good things One | 634418225366113 | https://www.temu.com/tt--m-634418225366113.html |
| 413 | JVRNGBGT | 634418225497384 | https://www.temu.com/tt--m-634418225497384.html |
| 416 | LOSK SHOP | 635517733083138 | https://www.temu.com/tt--m-635517733083138.html |
| 417 | N886509'shop | 635517733083461 | https://www.temu.com/tt--m-635517733083461.html |
| 420 | Sigerio | 101579981 | https://www.walmart.com/reviews/seller/101579981 |
| 425 | STARORELY Co., Ltd. | 102512670 | https://www.walmart.com/reviews/seller/102512670 |
| 426 | YANZIXUE | 102589456 | https://www.walmart.com/reviews/seller/102589456 |
| 428 | TrueSave Outlet | 102638386 | https://www.walmart.com/reviews/seller/102638386 |
| 429 | GlobaShun | 102650202 | https://www.walmart.com/reviews/seller/102650202 |
| 430 | JEYged | 102654231 | https://www.walmart.com/reviews/seller/102654231 |
| 435 | YUNOVA | 102730978 | https://www.walmart.com/reviews/seller/102730978 |
| 437 | PCL Tec Co.Ltd | 102744811 | https://www.walmart.com/reviews/seller/102744811 |
| 438 | Alhassuran | 102802969 | https://www.walmart.com/reviews/seller/102802969 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 441 | Sea Wing Gardening | 102838604 | https://www.walmart.com/reviews/seller/102838604 |
| 443 | MP888LLC | 102900212 | https://www.walmart.com/reviews/seller/102900212 |